| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 5:12CR00002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:14-00019-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District Of Kentucky | DIVISION Paducah |
|---|---|---|
| Faisal Shardow Braimah | NAME OF SENTENCING JUDGE Thomas B. Russell | |
| Clarksville, Tennessee 37040 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/26/2013 · TO 6/25/2016 |

| OFFENSE |
|---|
| Use of a Counterfeit Access Device   Use of a Counterfeit Access Device |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the _____ Middle District of Tennessee - Clarksville _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 4, 2014
Date

*Thomas B. Russell*
Thomas B. Russell, Senior Judge
United States District Court
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ MIDDLE _____ DISTRICT OF _____ TENNESSEE _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-7-14
Effective Date

United States District Judge